# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :   Case No.: 7:19-CR-47 (WLS) |
| TONY LEE BAZIN, JR., | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On July 26, 2021 Defendant's counsel filed a Motion for Discovery and Disclosure of Exculpatory or Impeaching Evidence or Information pursuant to Federal Rule of Criminal Procedure 16 as well as *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. (Doc. 55.) Therein Defendant requests that the Government provide Defendant with (1) copies of any and all statements Defendant made before or after arrest; (2) a copy of Defendant's criminal record; (3) any and all evidence or information material to preparing the defense; (4) any and all evidence or information which the Government intends to use in its case-in-chief at trial; (5) any and all exculpatory or impeaching evidence or information; and (6) copies of any and all forms or documents completed or submitted by Defendant on any prior entries into the United States from any foreign country for the last ten (10) years. (Doc. 55 at 8.)

To date the Government has not notified this Court that it has responded to Defendant's counsel. In addition, United States Magistrate Judge Thomas Q. Langstaff ordered that many of the materials requested be provided to Defendant in the September 16, 2019 pretrial order. (Doc. 10.) The time limit of thirty (30) days provided in Judge Langstaff's pretrial order has since elapsed.

The Government is hereby ORDERED to file a response to Defendant's pending motion within Fourteen (14) days of entry of this order.

**SO ORDERED**, this 2nd day of September 2021.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**