IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:19-cr-47 (WLS) |
| TONY LEE BAZIN, JR., | : |
| Defendant. | : |

## ORDER

Before the Court is the Parties' Joint Response (Doc. 64) to this Court's Order to Confer. (Doc. 63.) Therein the Parties have noticed the Court that they anticipate it will be necessary to continue the case from the February trial term as they continue to engage in discussions in hopes of resolving this case without the need for a trial. The Parties have also informed the Court that they will file a separate joint motion to continue shortly.

In order to avoid unnecessary court appearances, the Parties are hereby **ORDERED** to file the separate joint motion to **continue within five days** from the entry of this order.

**SO ORDERED**, this 23rd day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1