IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cr-47 (WLS) |
| | : | |
| TONY LEE BAZIN, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is the Parties' Joint Response (Doc. 70) to this Court's Order to Confer. (Doc. 69.) Therein the Parties notice the Court that they anticipate it will be necessary to continue the case from the May trial term as Defense Counsel is receiving medical treatment that would make going to trial during the upcoming May trial term impossible. (Doc. 70.) The Parties also inform the Court that they intend to file a separate joint motion to continue shortly. (*Id.*)

In order to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file the separate joint motion to **continue within five days** from the entry of this order.

**SO ORDERED**, this 23rd day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1