# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :
                                    :     Case No.: 7:19-CR-47 (WLS-TQL)
                                    :
TONY LEE BAZIN, JR.,                :
                                    :
                                    :
        Defendant.                  :
_____     :

## ORDER

The Court intends to notice this case for the August 2022 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, June 17, 2022** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 7th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**