# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cr-47 (WLS) |
| | : | |
| TONY LEE BAZIN, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

On September 23, 2022, this Court entered an Order, continuing the trial of this matter for the ninth time. (Doc. 83.) In that Order, the Court instructed Defense Counsel to immediately confer with Defendant, regarding Defense Counsel's continued inability to prepare for trial and to advise Defendant that he has the right to consider acquiring new counsel to safeguard his rights. (Doc. 83.) Defense Counsel was instructed to file a status report regarding his conference with Defendant with fourteen (14) days of the entry of that Order.

Defense Counsel timely filed a status report on October 6, 2022, which included the affidavit of the Defendant. (Docs. 84 & 84-1.) Pursuant to Defendant's Affidavit, Defendant has been advised of Defense Counsel's continued inability to prepare Defendant's case for trial and Defendant's right to obtain new counsel to safeguard his rights. (Doc. 84-1.) Defendant further avers that Defense Counsel has fully advised Defendant of each and every request for a continuance that was previously filed with this Court. (Doc. 84-1.)

The Court enters this order to acknowledge compliance with its September 23, 2022, instructions. Based on Defense Counsel's representations in his Status Report (Doc. 84), this matter shall be ready for trial in February 2023. The Court finds that this further continuance

1

is in the best interests of the public and the Defendant in a speedy trial and that a failure to grant said continuance would deny Defendant continuity of counsel and would likely result in a miscarriage of justice. The time lost as a result of the continuance shall be excluded from computation per the Speedy Trial Act.

**SO ORDERED**, this 7th day of October 2022.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**