IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cr-47 (WLS) |
| | : | |
| TONY LEE BAZIN, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On September 23, 2022, this Court entered an Order, continuing the trial of this matter for the ninth time. (Doc. 83.) In that Order, the Court instructed Defense Counsel to immediately confer with Defendant, regarding Defense Counsel's continued inability to prepare for trial and to advise Defendant that he has the right to consider acquiring new counsel to safeguard his rights. (Doc. 83.) Defense Counsel timely filed a status report on October 6, 2022, which included the affidavit of the Defendant. (Docs. 84 & 84-1.) Pursuant to Defendant's Affidavit, Defendant has been advised of Defense Counsel's continued inability to prepare Defendant's case for trial and Defendant's right to obtain new counsel to safeguard his rights. (Doc. 84-1.) Defendant further avers that Defense Counsel has fully advised Defendant of each and every request for a continuance that was previously filed with this Court. (Doc. 84-1.)

Based on Defense Counsel's representation that his ongoing medical issues will be resolved by December 20, 2022 (Doc. 81) the Court intends to notice this case for the February 2023 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Tuesday, December 27, 2022,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for

1

trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 1st day of December, 2022.

<u>**/s/ W. Louis Sands**</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**