**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cr-47 (WLS) |
| | : | |
| TONY LEE BAZIN, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On January 4, 2023, a status conference was held in this matter. Prior to the status conference, on January 3, 2023, the Defendant filed a Notice of Intent to Assert a Public Authority Defense (Doc. 92) as well as a Joint Motion for an Extension of Time to File Pretrial Motions from January 3, 2023, to January 9, 2023. (Doc. 91.)

At the status conference, Counsel for the Government and Counsel for the Defendant announced that they were ready to proceed to trial in February 2023. In order to ensure that this matter was ready for trial in February, the Court ordered both Parties to file briefs addressing the issue of whether Public Authority Defense applied in this case by no later than January 17, 2023. Those briefs shall detail the factual basis that support or refute the assertion that the Public Authority Defense is applicable in this case. If necessary, the Court shall thereafter hold a hearing at 11:00am on January 25, 2023, on whether the Public Authority Defense is applicable. The Court enters this Order to memorialize its instructions at the status conference.

Finally, the Parties Joint Motion for an Extension of Time to File Pretrial Motions (Doc. 91) is **DENIED as MOOT** as the Parties have been given additional time to fully brief the issue of whether the Public Authority Defense is applicable to this case.

**SO ORDERED**, this 4th day of January, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1