**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cr-47 (WLS) |
| | : | |
| TONY LEE BAZIN, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On January 4, 2023, a status conference was held in this matter. At the status conference, Counsel for the Government and Counsel for the Defendant announced that they were ready to proceed to trial in February 2023. In order to ensure that this matter was ready for trial in February, the Court instructed both Parties to file briefs addressing the issue of whether Public Authority Defense applied in this case by no later than January 17, 2023. That instruction was memorialized in a written Order on January 4, 2023. (Doc. 94.)

On January 17, 2023, the Parties noticed the Court that a plea agreement in this matter had been reached, negating the need to brief the issue of whether the Public Authority Defense was applicable. (Docs. 95 & 96.) In those Notices, the Parties also requested that if this matter is not resolved by entry of a plea that this Court extend the deadline to brief the Public Authority Defense issues, which this Court has construed as a Motion for Extension of Time. (Docs. 95 & 96.) As briefing on the issue of whether the Public Authority Defense is applicable in this case may benefit the Court, for good cause shown the Parties Motion for an Extension of Time to brief the Public Authority Defense is **GRANTED**. If this matter is not resolved by entry of a plea at the January 25, 2023, Change of Plea Hearing, the Parties shall have until January 31, 2023, to brief the issue of whether the Public Authority Defense is applicable in this case.

**SO ORDERED**, this 18th day of January, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1