IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

v.                                                          NO. 7:19-CR-00047-001 (WLS)

**TONY LEE BAZIN JR**

## ORDER

On November 20, 2025, the Court held a hearing on the U.S. Probation Office's Petition for Warrant or Summons for Offender Under Supervision (CM/ECF Doc. 121) filed on July 10, 2025. At the hearing Bazin was advised of his rights and confirmed that he had reviewed the alleged violations with Counsel. Bazin stipulated to Violation Number 3 and the Government withdrew allegations listed in violations 1, 2, 4, and 5. The Court ruled that the sentencing would be held in abeyance until May 3, 2026, at which time his supervision was scheduled for full term expiration. The Court also advised that any further non-compliance with the conditions of probation would result in the Court scheduling another hearing on this matter and render a decision at that time.

Since the hearing, the U.S. Probation Office has reported no new noncompliance with the conditions of probation and has recommended dismissal of the petition noted above. The U.S. Probation Office also reported no objections from either the defense or the U.S. Attorney's Office to the recommend disposition.

Therefore, it is the order of the Court that the Petition for Warrant or Summons for Offender Under Supervision (CM/ECF Doc. 121) filed on July 10, 2025 be dismissed.

SO ORDERED this _5th_ day of __May__, 2026.

_____
W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE

Prepared by: CBH